UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

AZHAR CHAUDHARY LAW FIRM, P.C.      Case No. 26-30895
   Debtor     Chapter 11

HAMZAH ALI
   Plaintiff

v.     Adversary No. _____

AZHAR MAHMOOD CHAUDHARY
AND AZHAR CHAUDHARY LAW
FIRM, P.C.
   Defendants

## NOTICE OF REMOVAL

TO THE HONORABLE CLERK OF THE UNITED STATES BANKRUPTCY COURT'
FOR THE SOUTHERN DISTRICT OF TEXAS

    PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Bankruptcy Procedure 9027, Defendant Azhar Chaudhary Law Firm, P.C., hereby removes to the United States Bankruptcy Court for the Southern District of Texas all claims and causes of action in Cause No. 18-DCV-249370, Hamzah Ali v. Azhar Mahmood Chaudhary and Azhar Chaudhary Law Firm, P.,C.

    1. Azhar Chaudhary Law Firm, P.C. is a debtor in Case No. 26-30895 filed February 10, 2026 in the United States Bankruptcy Court for the Southern District of Texas.

    2. The Defendant, Azhar Chaudhary Law Firm, P.C. consents to the bankruptcy court's entry of a final judgment or order.

    3. A copy of the pleadings are attached.

Respectfully submitted,

/s/ *David L. Venable*

_____
David L. Venable
Attorney at Law
13201 Northwest Freeway, Suite 800
Houston, Texas  77040
(713) 956-1400
(713) 983-8285 FAX
State Bar No. 20543700
david@dlvenable.com

Attorney for Nickolas Scott Lengyel